FILED & ENTERED

NOV 12 2013

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bailey    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>Vipul Kapoor and Reshma Kapoor,<br><br>                        Debtor(s),<br><br>Petar Marovic,<br><br>                        Plaintiff,<br><br>v.<br><br>Vipul Kapoor and Reshma Kapoor,<br><br>                        Defendant(s). | Case No.: 6:13-bk-10307-MJ<br><br>Adversary No.: 6:13-ap-01155-MJ<br><br>Chapter: 7<br><br>**JUDGMENT ON COMPLAINT FOR NONDISCHARGEABILITY (§ 523(a)(6))**<br><br><br>Date:      October 28, 2013<br>Time:     9:30 a.m.<br>Location:  Courtroom 301<br>             3420 Twelfth Street<br>             Riverside, CA 92501 |

The Court having conducted a trial of this proceeding, having entered its Memorandum of Decision on like date, and good cause appearing therefore,

ORDERS that Judgment shall be entered in favor of plaintiff Petar Marovic and against debtor Vipul Kapoor only in the sum of $87,705.92, plus interest at the federal rate after entry of this Judgment.

///

///

Marovic shall be awarded reasonable attorney's fees, which shall be established by separate order after a motion filed pursuant to L.B.R. 7054-1(g).

This case shall be dismissed as to debtor Reshma Kapoor.

###

Date: November 12, 2013

Meredith A. Jury
United States Bankruptcy Judge

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **JUDGMENT ON COMPLAINT FOR NONDISCHARGEABILITY (§ 523(a)(6))** as entered on the date indicated as ΑEntered≅ on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (ΑNEF≅)** B Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of November 13, 2013, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Thomas A. Fasel             taf@faselnefulda.com
- United States Trustee (RS)  ustpregion16.rs.ecf@usdoj.gov
- Robert L. Goodrich (TR)     office@rlgoodrichlaw.com

☐ Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

Vipul Kapoor
31103 Samantha Lane
Temecula, CA 92592

Reshma Kapoor
31103 Samantha Lane
Temecula, CA 92592

Peter Marovic
27311 Jefferson Avenue
Temecula, CA 92590-5601

☐ Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an ΑEntered≅ stamp, the party lodging the judgment or order will serve a complete copy bearing an ΑEntered≅ stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page